AO 451 (Rev. 12/12) Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
for the
Eastern District of Pennsylvania

| | |
|---|---|
| LEON FRENKEL et al <br> *Plaintiff* <br> v. <br> JOHN P. ACUNTO, JR. et al <br> *Defendant* | ) <br> ) <br> ) Civil Action No. 10-cv-1687 <br> ) <br> ) |

### CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)* __6/17/2011__ .

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court, the time for appeal has expired, and no appeal has been filed or, if one was filed, it is no longer pending.

Date:    9/3/2024

CLERK OF COURT

/s/ *Steve Tomas*

Signature of Clerk or Deputy Clerk



George Wylesol, Clerk of Court
U.S. District Court, Eastern District of PA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEON FRENKEL, et al., | CIVIL ACTION |
| Plaintiffs, | NO. 10-1687 |
| v. | |
| JOHN P. ACUNTO, JR., et al., | |
| Defendants. | |

## JUDGMENT

**AND NOW**, this **14th** day of **June, 2011**, it is hereby **ORDERED** that, for reasons expressed on the record during the Court's hearing on May 3, 2011, **JUDGMENT** is entered as follows:

(1) in favor of Plaintiff Leon Frenkel and against the Defendants John P. Acunto, Absolute Partners, Inc., and Absolute Pro Studios, Inc., jointly and severally in the amount of $226,818.12 with post-judgment interest at the contract rate and, additional costs and attorneys' fees;

(2) in favor of Plaintiff Leon Frenkel and against the Defendants John P. Acunto and Absolute Partners, Inc., jointly and severally in the amount of $56,868.49 with post-judgment interest pursuant to 42 Pa.C.S. § 8101 and 28 U.S.C. § 1961 and, additional costs and attorneys' fees; and

(3) in favor of Plaintiff Periscope Partners, L.P., and against the Defendant John P. Acunto in the amount of $494,250.00 with post-judgment interest pursuant to 42 Pa.C.S. § 8101 and 28 U.S.C. § 1961 and, additional costs and attorneys' fees.

AND IT IS SO ORDERED.

_____
EDUARDO C. ROBRENO, J.



CLERK'S OFFICE
TRUE COPY **CERTIFIED FROM THE RECORD**

Sep/3/2024

By: s/
Deputy Clerk, U.S. District Court
Eastern District of Pennsylvania

ENTERED
JUN 17 2011
CLERK OF COURT